Cesar Garfio Rubio
Reg No: 33860-045
Federal Correctional Institution
F.C.I. Herlong
P.O. Box 800
Herlong, CA 96113
    PRO SE,



**FILED**

MAY 0 8 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cesar Garfio Rubio<br>    PETITIONER,<br><br>V.<br><br>WARDEN, F.C.I. HERLONG,<br>    RESPONDENT. | CASE NO. 2:23-CV-00854-EFB (HC)<br><br>MOTION PURSUANT TO U.S.C. § 2241 SEEKING APPLICATION OF EARNED FEDERAL TIME CREDITS THROUGH THE FIRST STEP ACT (F.S.A.) |

    COMES, Cesar Garfio Rubio, PETITIONER, who is a federal inmate serving a sentence at F.C.I. Herlong in the State of California. He moves this court to grant this writ, and ORDER the Bureau of Prisons (BOP) to apply the earned FSA time credits that he has earned through various programs, in accordance with the Act.

    This Court, having familiarity with Motions of this nature, should read the filing, examine the attached supporting evidence, and swiftly order the BOP to apply the earned time credits.

### I. ARGUMENT

    Since the passage of the First Step Act, there has been serious deficiencies in the application of the 'earned time credits' to federal inmates, especially ones with possible imigration issues.

    The BOP has waffled, and has changed the prgrom statement to allow all persons that do **not** have a "FINAL ORDER" of deportation to have earned credits applied, however, the BOP system is not making the sentence adjustments uniformly, and many people are having to

file writs in federal courts under 28 U.S.C. § 2241, seeking the credits to be ORDERED by courts. It is under this pressure, that the BOP seems responsive. Accordingly, this petitioner is asking for the same relief that is due.

Here, the petitioner has a PATTERN SCORE of 19,, 15 15 Criminal; Violent, and is further classified as a ___Low___ risk of recidivism. Due to these classifications, he is eligible to have the credits applied.

Thus far, this petitioner has earned __330__ days towards early release, but his credits have not been applied thus far, and is asking this court to ORDER them to be properly applied according to the Act.

The petitioner has a tentative release date of: __March 08, 2024__. This petitioner is **not** subject to any final order of deportation, and so until that is established by an Immigration Court, his eligibility to earn and have applied, FSA time credits is a liberty interest that must be applied universally to all persons.

The BOP's current Program Statement that details the implementation of the First Step Act of 2018 clearly shows the language stricken that was used previously to bar persons with 'possible' deportation issues, or warrants, or detainers, or pending charges. Because none of these situations effect the actual release of an inmate, because these is no RCC/HC placement for these people, the effects of earning good time or earned FSA times are uneffected by possible, or pending immigration issues. As such, these credits must be applied.

Attached is EXHIBIT "A", **FSA TIME CREDIT ASSESSMENT**, showing how many credits this petitioner has earned. Attached is EXHIBIT "B",

**PROGRAM REVIEW SHEET**, showing the RISK to RE-OFFEND level and the current release date without the credits.

These exhibits demonstrate that this petitioner has earned the credits, is eligible to receive them, and has a score that commensurates with thee application of the Act.

## II. RELIEF REQUESTED

For all of the above mentioned reasons, this petitioner respectfully requests that this Court GRANT the writ, and further ORDER the BOP to apply the earned credits in accordance with the First Step Act, and to further calculate the release date to reflect the proper application of these earned time credits.

Dated this 25th day of April, 2023.


Respectfully submitted,

*Cesar Garfio Rubio*
Cesar Garfio Rubio

Pro Se

3-4

# CERTIFICATE OF SERVICE

Cesar Garfio Rubio hereby certify that I have served a
e and correct copy of the following:

> MOTION PURSUANT TO 21 U.S.C §2241 SEEKING APPLICATION
> OF EARNED FEDERAL TIME CREDITS THROUGH THE FISRT
> STEP ACT (F.S.A)

.ch is deemed filed at the time it was delivered to prison authorities
: forwarding, see Houston V. Lack 101L. Ed. 2d 245 (1988), upon the
:endant/defendants and or his attorney/attorneys of record, by placing
ne in a sealed, postage prepaid envelope addressed to:

| | |
|---|---|
| RK OF THE COURT | District Attorney's Office |
| TED STATES DISTRICR COUR | UNITED STATES DISTRICT COURT |
| TERN DISTRICT OF CALIFORNIA | EASTERN DISTRICT OF CALIFORNIA |
| "I" St., Suite 4-200 | 501 "I" St.; Suite 4-200 |
| ramento, CA 95814-2322 | Sacramento, CA 95814-2322 |

nd deposited same in the United States Mail at: Federal Correctional Institution
Herlong
P.O. BOX 800
Herlong, CA 96113

declare, under penalty of perjury(Title 28 U.S.C.§1746), that the
oregoing is true and correct.

ated this **25th** day of **April**, 2023.

*Cesar Garfio Rubio*
**Cesar Garfio Rubio**

---
PRO-SE

4-4

# FSA Time Credit Assessment

ATATCHMENT # A

Register Number:33860-045, Last Name:GARFIO-RUBIO

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 33860-045          Responsible Facility: HER
Inmate Name                             Assessment Date.....: 03-25-2023
  Last.............: GARFIO-RUBIO       Period Start/Stop...: 07-17-2020 to 03-25-2023
  First............: CESAR              Accrued Pgm Days....: 973
  Middle...........:                    Disallowed Pgm Days.: 8
  Suffix...........:                    FTC Towards RRC/HC..: 0
Gender.............: MALE               FTC Towards Release.: 330
Start Incarceration: 05-26-2020         Apply FTC to Release: Yes

Start         Stop          Pgm Status   Pgm Days
07-17-2020    10-01-2020    accrue       76
  Accrued Pgm Days...: 76
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 20
-----------------------------------------------------------------------------
Start         Stop          Pgm Status   Pgm Days
10-01-2020    10-09-2020    disallow     8
  In SHU
     Facility Category Assignment  Start              Stop
     GPC      QTR      Z01-208UDS  10-01-2020 1358    10-08-2020 1319
-----------------------------------------------------------------------------
Start         Stop          Pgm Status   Pgm Days
10-09-2020    01-31-2023    accrue       844
  Accrued Pgm Days...: 844
  Carry Over Pgm Days: 16
  Time Credit Factor.: 10
  Time Credits.......: 280
-----------------------------------------------------------------------------
Start         Stop          Pgm Status   Pgm Days
01-31-2023    03-25-2023    accrue       53
  Accrued Pgm Days...: 53
  Carry Over Pgm Days: 20
  Time Credit Factor.: 15
  Time Credits.......: 30
--- FSA Assessment ----------------------------------------------------------
#    Start      Stop       Status    Risk Assignment  Risk Asn Start    Factor
 01  07-17-2020 08-14-2020 ACTUAL    FSA R-MED        04-28-2021 1628   10
 02  08-14-2020 02-10-2021 ACTUAL    FSA R-MED        04-28-2021 1628   10
 03  02-10-2021 08-09-2021 ACTUAL    FSA R-MED        04-28-2021 1628   10
 04  08-09-2021 02-05-2022 ACTUAL    FSA R-MED        04-28-2021 1628   10
```

Assessment Date: 03-25-2023      (1 - 2)      Assessment# -2146881726

## FSA Time Credit Assessment

Register Number:33860-045, Last Name:GARFIO-RUBIO

| J.S. DEPARTMENT OF JUSTICE | | | | | FEDERAL BUREAU OF PRISONS |

```
)05 02-05-2022 08-04-2022 ACTUAL       FSA R-MED       04-28-2021 1628  10
)06 08-04-2022 11-02-2022 ACTUAL       FSA R-LW        04-05-2022 1211  10
)07 11-02-2022 01-31-2023 ACTUAL       FSA R-LW        09-29-2022 1304  10
)08 01-31-2023 05-03-2023 ACTUAL       FSA R-LW        09-29-2022 1304  15
```

FSA Recidivism Risk Assessment (PATTERN 01.03.00)   **ATTACHMENT B**

Register Number:33860-045, Last Name:GARFIO-RUBIO

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 33860-045<br>Inmate Name<br>  Last........: GARFIO-RUBIO<br>  First.......: CESAR<br>  Middle......:<br>  Suffix......:<br>Gender........: MALE | Risk Level Inmate....: R-LW<br>  General Level......: R-LW (19)<br>  Violent Level......: R-LW (15)<br>Security Level Inmate: LOW<br>Security Level Facl..: MEDIUM<br>Responsible Facility.: HER<br>Start Incarceration..: 05/26/2020 |

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 25 | 35 | 20 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | NotEnrolled | 0 | 0 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 1 | 1 | 1 |
| Serious Incident Reports (120 Months) | 1 | 1 | 1 |
| Time Since Last Incident Report | 30 | 0 | 0 |
| Time Since Last Serious Incident Report | 30 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 15 | -12 | -4 |
| Work Programs | 0 | 0 | 0 |
| | Total | 19 | 15 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 15
General Score: -12, Violent Score: -4
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | MANNERS | 09/08/2022 00:01 | 09/08/2022 00:01 |
| EDC | ETIQUETTE | 09/12/2022 00:01 | 09/12/2022 00:01 |
| EDC | DIST SS1 | 10/05/2022 00:01 | 10/05/2022 00:01 |
| EDC | RESUME | 10/13/2022 00:01 | 10/13/2022 00:01 |
| EDC | DIST SS2 | 11/04/2022 00:01 | 11/04/2022 00:01 |
| EDC | DIST SS3 | 11/05/2022 00:01 | 11/05/2022 00:01 |
| EDC | DIST&INFO | 12/05/2022 00:01 | 12/05/2022 00:01 |
| EDC | DIST THINK | 12/12/2022 00:01 | 12/12/2022 00:01 |
| EDC | DIST SCI1 | 12/20/2022 00:01 | 12/20/2022 00:01 |
| EDC | DIST SCI2 | 12/27/2022 00:01 | 12/27/2022 00:01 |

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:33860-045, Last Name:GARFIO-RUBIO

| J.S. DEPARTMENT OF JUSTICE | | | | FEDERAL BUREAU OF PRISONS |
|---|---|---|---|---|
| EDC | DIST WRIT1 | 01/03/2023 00:01 | 01/03/2023 00:01 | |
| EDC | DIST WRIT2 | 01/10/2023 00:01 | 01/10/2023 00:01 | |
| EDC | DIST LA1 | 01/16/2023 00:01 | 01/16/2023 00:01 | |
| EDC | DIST LA2 | 01/23/2023 00:01 | 01/23/2023 00:01 | |
| EDC | DIST MATH1 | 02/04/2023 00:01 | 02/04/2023 00:01 | |

Item: Work Programs, Value: 0

General Score: 0, Violent Score: 0

Risk Item Data

  No Data