UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GARFIO RUBIO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, F.C.I. HERLONG,<br><br>Respondent. | No. 2:23-cv-00854-EFB (HC)<br><br><br><br>ORDER |

   Petitioner is a federal prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On May 11, 2023, the court informed petitioner that to properly commence this action, he must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.  *See* 28 U.S.C. §§ 1914(a), 1915(a).  In response to the court's order, petitioner informed the court that he has requested payment of the filing fee from the FCI-Herlong trust fund department.  To date, however, no payment has been received by the court.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Petitioner is granted another thirty days from the date of service of this order to either submit an application to proceed in forma pauperis, or the filing fee in the amount of $5.00.  Failure to comply with this order will result in a dismissal of this action.

   2. The Clerk of the Court is directed to send petitioner the court's form application to proceed in forma pauperis by a prisoner.

Dated: June 15, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE