UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GARFIO-RUBIO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | No. 2:23-cv-00854-EFB (HC)<br><br><br>ORDER |

　　　Petitioner is a state prisoner proceeding without counsel in this petition for writ of habeas corpus. 28 U.S.C. § 2241. On September 11, 2023, respondent filed a motion to dismiss the petition. ECF No. 10. Petitioner has not responded to the motion.

　　　Accordingly, it is hereby ORDERED that petitioner shall file an opposition or statement of non-opposition to respondent's motion to dismiss within 30 days of the date of this order. Failure to comply with this order may result in waiver of opposition to the motion to dismiss (E.D. Cal. L.R. 230(*l*)) or dismissal of this action (Fed. R. Civ. P. 41(b)).

　　　So ordered.

Dated: October 23, 2023

　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1